IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
_____

ANNE BOOKHOUT,
                       Plaintiff,

                                                       Civil Action No. 5:08-CV-1178
    vs.                                                    (NAM/GJD)

VISITING NURSE SERVICE OF ITHACA
AND TOMPKINS COUNTY, INC.,

                       Defendant.
_____

APPEARANCES:                            OF COUNSEL:

Holmberg, Galbraith Law Firm         Dirk A. Galbraith, Esq.
P.O. Box 6599
200 East Buffalo Street
Suite 502
Ithaca , NY 14851
*Attorney for Plaintiff*

Milber, Makris Law Firm               Richard A. Lilling, Esq.
2809 Wehrle Drive
Suite 14
Williamsville , NY 14221
and
True,Walsh Law Firm                   Mary J. Schubert, Esq.
950 Danby Road
Suite 310
Ithaca , NY 14850
*Attorneys for Defendant*

**Norman A. Mordue, Chief Judge U.S. District Judge**

JUDGMENT DISMISSING ACTION
<u>BASED UPON SETTLEMENT</u>

       Pursuant to the Report of the Mediator Ross P. Andrews filed on August 11, 2009, the parties have entered into an agreement in settlement of all claims in this action, and that they reasonably anticipate finalizing their agreement shortly, following which this action will be

discontinued, with prejudice, by stipulation pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.  Based upon this development, I find that it is not necessary for this action to remain on the court's active docket.

It is therefore hereby

ORDERED that the above-captioned case is hereby **DISMISSED** in its entirety **without prejudice** to re-opening upon the motion within thirty (30) days of the date of the filing of this order upon a showing that the settlement was not consummated; and it further

ORDERED that the dismissal of the above-captioned case shall become **with prejudice** on the thirty-first day after the date of the filing of this order <u>unless</u> a party moves to re-open this case within thirty (30) days of the date of the filing of this order upon a showing that the settlement was not consummated.

IT IS SO ORDERED

Date: August 12, 2009

Norman A. Mordue
Chief United States District Court Judge